UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                                    Case No. 12-11609

    Angela D Horton

    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/23/2012.

2) The plan was confirmed on 09/28/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/25/2013.

5) The case was completed on 08/05/2015.

6) Number of months from filing to last payment: 40.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,185.00.

10) Amount of unsecured claims discharged without payment: $161,508.21.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $23,060.00 |
| Less amount refunded to debtor | $260.00 |
| **NET RECEIPTS:** | **$22,800.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $886.05 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,386.05** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACADEMY BANK | Unsecured | 1,549.00 | 1,548.92 | 1,548.92 | 176.39 | 0.00 |
| ACC INTERNATIONAL | Unsecured | 1,732.00 | NA | NA | 0.00 | 0.00 |
| ACC INTERNATIONAL | Unsecured | 1,732.00 | NA | NA | 0.00 | 0.00 |
| ACS EDUCATION SERVICES | Unsecured | 1,694.00 | NA | NA | 0.00 | 0.00 |
| ACTIVE CREDIT SERVICES | Unsecured | 762.00 | NA | NA | 0.00 | 0.00 |
| ADRIA PLACE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED FINANCIAL CORP | Unsecured | 15,615.00 | NA | NA | 0.00 | 0.00 |
| AFFIRMATIVE | Unsecured | 689.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL CTR | Unsecured | 10,727.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ASSET MANAGEMENT | Unsecured | 566.00 | NA | NA | 0.00 | 0.00 |
| ALLIANT ENERGY | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| ALLIANT ENERGY | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS | Unsecured | 348.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE INSURANCE | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| ANGELA D HORTON | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| AREA AMBULANCE SERVICE | Unsecured | 903.00 | NA | NA | 0.00 | 0.00 |
| ASSETCARE INC | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| ASSETCARE INC | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| AURORA DENVER CARDIOLOGY ASS | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 2,627.00 | NA | NA | 0.00 | 0.00 |
| BLOCKBUSTER | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| BREAKERS GOLD COAST MANAGER | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| CAC FINANCIAL CORP | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAC FINANCIAL CORP | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CARDIOLOGISTS LC | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| CARDIOVASCULAR ASSOCIATES | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| CBA COLLECTION BUREAU | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| CEDAR RAPIDS MUNICIPAL | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| CEDAR RAPIDS PUBLIC LIBRARY | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| CEDAR VALLEY PATHOLOGY | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL 1 | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CENTURY LINK | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| CENTURYLINK | Unsecured | 612.00 | 479.24 | 479.24 | 54.58 | 0.00 |
| CHECK N GO | Unsecured | 1,117.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO CARDIOLOGY INSTITUTE | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO CORNEA CONSULTANTS | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 90.00 | 560.69 | 560.69 | 63.85 | 0.00 |
| COMPLETE CREDIT SOLUTIONS | Unsecured | 433.00 | 527.36 | 527.36 | 60.06 | 0.00 |
| COMPLETE CREDIT SOLUTIONS | Unsecured | 764.00 | NA | NA | 0.00 | 0.00 |
| COMPUTER CREDIT | Unsecured | 1,458.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL SERVICE GROUP | Unsecured | 817.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Unsecured | 479.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 1,561.00 | NA | NA | 0.00 | 0.00 |
| CPS SECURITY | Unsecured | 379.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 233.00 | 233.09 | 233.09 | 26.54 | 0.00 |
| CREDIT BUREAU ENTERPRISES | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| DARIN WESLEY SMITH MD | Unsecured | 5,275.00 | NA | NA | 0.00 | 0.00 |
| DATA NETWORK SOLUTIONS | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Secured | 250.00 | 250.00 | 250.00 | 250.00 | 8.90 |
| DIRECTV | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| DOMESTICATION | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| DUNSGRAM | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| DUVERA FINANCIAL | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| EAST CENTRAL IOWA ACUTE CARE | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE OPEN MRI INC | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CAR | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS INC | Unsecured | 2,627.00 | NA | NA | 0.00 | 0.00 |
| EXPRESS SCRIPTS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 843.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 389.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 2,953.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 1,162.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 1,578.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 980.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 979.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK | Unsecured | 3,521.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST BANK OF DELAWARE | Unsecured | 1,435.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 461.00 | 461.00 | 461.00 | 52.50 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 1,200.00 | 2,700.00 | 2,700.00 | 307.47 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 1,582.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 149.00 | 323.98 | 323.98 | 36.89 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 852.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 2,392.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 293.00 | 2,193.70 | 2,193.70 | 249.82 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 11,051.00 | 4,664.10 | 4,664.10 | 4,664.10 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,903.20 | 1,903.20 | 216.73 | 0.00 |
| ISLAND NATIONAL GRP | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| JAY K LEVY & ASSOC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 631.00 | NA | NA | 0.00 | 0.00 |
| LINN COUNTY ANESTHESIOLOGISTS | Unsecured | 2,700.00 | NA | NA | 0.00 | 0.00 |
| LONE TREE INTERNAL MED & PED | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD | Unsecured | 2,056.00 | NA | NA | 0.00 | 0.00 |
| MARQUETTE MANAGEMENT INC | Unsecured | 1,387.00 | NA | NA | 0.00 | 0.00 |
| MEA ELK GROVE | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| MEA ELK GROVE | Unsecured | 701.00 | 609.00 | 609.00 | 69.35 | 0.00 |
| MIDAMERICAN ENERGY CO | Unsecured | 119.00 | 118.73 | 118.73 | 13.52 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,282.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,435.00 | 1,282.19 | 1,282.19 | 146.01 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| MPS | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CASH | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 980.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| ORECK FINANCIAL SERVICES LLC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| PALOMAR ASSOCIATES | Unsecured | 2,675.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL | Unsecured | 2,263.00 | 2,260.85 | 2,260.85 | 257.46 | 0.00 |
| PDL LOAN CENTER LLC | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| PENTAGROUP FINANCIAL | Unsecured | 1,309.00 | NA | NA | 0.00 | 0.00 |
| PITNEY BOWES | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 681.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 389.00 | 389.73 | 389.73 | 44.38 | 0.00 |
| PROFESSIONAL FINANCE CO INC | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF IOW | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORPORA | Unsecured | 1,492.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| REGIONAL ACCEPTANCE CORPORA' | Secured | 7,925.00 | 7,925.00 | 7,925.00 | 7,925.00 | 585.59 |
| REGIONAL ACCEPTANCE CORPORA' | Unsecured | NA | 1,399.36 | 1,399.36 | 159.36 | 0.00 |
| RENT RECOVER LLC | Unsecured | 1,386.00 | 1,483.68 | 1,483.68 | 168.96 | 0.00 |
| RENT RECOVER LLC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ROBERTS PARK FIRE DEPT | Unsecured | 566.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Unsecured | 433.00 | 430.70 | 430.70 | 49.05 | 0.00 |
| SALUTE | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| SALUTE | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| SANTA MONICA PIER LP | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| SANTA MONICA PIER LP | Unsecured | 514.00 | NA | NA | 0.00 | 0.00 |
| SBC AMERITECH | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| SKY MEDICAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SKYRIDGE EKG INTERPRETATION | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| SOUTH METRO FIRE | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 936.00 | 1,196.94 | 1,196.94 | 136.31 | 0.00 |
| ST LUKES HOSPITAL | Unsecured | 29,698.00 | NA | NA | 0.00 | 0.00 |
| STANLEY MATHEW MD PLC | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| STROGER HOSPITAL | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | NA | 361.70 | 361.70 | 41.19 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 1,732.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE GOLD MASTERCARD | Unsecured | 1,120.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE GOLD MASTERCARD | Unsecured | 1,205.00 | NA | NA | 0.00 | 0.00 |
| TRUGREEN CHEM LAWN | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| U HAUL | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLECTION | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 4,893.00 | 13,935.11 | 13,935.11 | 1,586.91 | 0.00 |
| USA DISCOUNTERS | Secured | 600.00 | 600.00 | 600.00 | 600.00 | 21.77 |
| USA DISCOUNTERS | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| USA DISCOUNTERS | Unsecured | 4,370.00 | NA | NA | 0.00 | 0.00 |
| USA DISCOUNTERS | Unsecured | NA | 3,196.49 | 3,196.49 | 364.01 | 0.00 |
| UTPAL PAUL PAREKH MD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| VERIDIAN | Unsecured | 861.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL CORP | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOC | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WILLIAM W SIEGAL & ASSOC | Unsecured | 762.00 | NA | NA | 0.00 | 0.00 |
| WILLOW LAKE PHARMACY | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| XCEL ENERGY SOUTH | Unsecured | 678.00 | 678.34 | 678.34 | 77.25 | 0.00 |
| YVES ROCHER | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,925.00 | $7,925.00 | $585.59 |
| All Other Secured | $850.00 | $850.00 | $30.67 |
| **TOTAL SECURED:** | **$8,775.00** | **$8,775.00** | **$616.26** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,664.10 | $4,664.10 | $0.00 |
| **TOTAL PRIORITY:** | **$4,664.10** | **$4,664.10** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$38,274.00** | **$4,358.59** | **$0.00** |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $4,386.05 | |
| Disbursements to Creditors | $18,413.95 | |
| **TOTAL DISBURSEMENTS:** | | **$22,800.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/05/2015                             By: /s/ Glenn Stearns
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**